# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

152489(94)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

NEW COVERT GENERATING COMPANY, LLC,
     Petitioner-Appellee,

v

                                      SC: 152489

COVERT TOWNSHIP,
                                       COA: 320877

Tax Tribunal: 00-399578

     Respondent-Appellant.
_____/

      On order of the Chief Justice, the motion of respondent-appellant to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before December 17, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015

